**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7183**

MARK R. CORRIGAN,

Plaintiff - Appellant,

v.

MS. ATKINS; MS. BOLLOT; DOCTOR CERVI; PITT COUNTY; WILSON COUNTY; SARGEANT CLIFFORD BAILEY; OFFICER JESSIE BARNES; HOWARD ADAMS; DIANA CARMACK; KATHARINA DEWALD,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (5:98-ct-00667-BR)

Submitted: November 19, 2013      Decided: November 22, 2013

Before WYNN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mark R. Corrigan, Appellant Pro Se. Tommy Willis Jarrett, DEES, SMITH, POWELL, JARRETT, DEES & JONES, Goldsboro, North Carolina; Francisco Joseph Benzoni, John D. Madden, SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP, Raleigh, North Carolina; Julie Baxter Bradburn, Kristen Yarbrough Riggs, WOMBLE CARLYLE SANDRIDGE & RICE, Raleigh, North Carolina; Dieter Mauch, HEDRICK, MURRAY, BRYSON, KENNETT, MAUCH & CONNOR, PLLC, Durham, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark R. Corrigan appeals the district court's order denying his Fed. R. Civ. P. 60(b)(3) motion for reconsideration of the court's 2002 order granting Appellees' motion for summary judgment and dismissing Corrigan's 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Corrigan v. Atkins, No. 5:98-ct-00667-BR (E.D.N.C. July 9, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED